**STATE of Missouri, Respondent,**

**v.**

**Stephen M. BARRIENTEZ, Appellant.**

**No. ED 104497**

Missouri Court of Appeals, Eastern District, DIVISION THREE.

Filed: June 13, 2017

ATTORNEYS FOR APPELLANT: Samuel E. Buffaloe, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203.

ATTORNEYS FOR RESPONDENT: Joshua D. Hawley, Attorney General, Nathan J. Aquino, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Stephen Barrientez appeals from the judgment entered on his convictions after a jury trial for first degree robbery. Finding no error, we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).